

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION TO STAY

Appellate case name:          Mashauna Lewis v. Camillo A-1 Property Owner LLC

Appellate case number:      01-18-00989-CV

Trial court case number:      18-CCV-062520

Trial court:                          County Civil Court at Law No. 1 of Fort Bend County

   Appellant, Mashauna Lewis, filed a notice of appeal of the trial court's final judgment in a forcible detainer proceeding. On November 9, 2018, appellant filed a pro se motion to stay the judgment pending appeal because she claims that the amount entered was incorrect and that she had paid into the clerk's registry the rent for July, August, and September.

   With respect to eviction appeals, the Property Code states that "[a] judgment of a county court may not under any circumstances be stayed pending appeal unless, within 10 days of the signing of the judgment, the appellant files a supersedeas bond in an amount set by the county court." TEX. PROP. CODE ANN. § 24.007 (West 2014 & Supp. 2017). Based on the letter of assignment, motion to stay, and a review of the county clerk's website, there is nothing indicating that the $15,000.00 supersedeas bond amount, set by the county court in the final judgment, was posted by appellant within ten days of the signing of the September 26, 2018 final judgment.[1] *See* TEX. PROP. CODE ANN. § 24.007. Accordingly, the Court **denies** appellant's motion to stay.

   It is so ORDERED.

Judge's signature:      ___/s/ Laura C. Higley____
        x  Acting individually     ☐ Acting for the Court
Date: __November 15, 2018_____

---

[1] Because the final judgment was not included with the letter of assignment, a review of the county clerk's website indicates that the trial court signed the final judgment on September 26, 2018, set a $15,000 supersedeas bond amount, and provided that a writ of possession shall issue on October 14, 2018. The Clerk of this Court has requested that an indigent clerk's record be filed because appellant filed a Statement of Inability to Afford Payment of Court Costs or an Appeal Bond on November 2, 2018.